**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Bruce Allen Ingram,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **Smyrna Ready Mix Concrete, LLC,** <br><br> **Defendant.** | ) | **Case No.: ________________** <br> **(Formerly CA No.: 2026CP2602152)** <br><br> **NOTICE OF REMOVAL** |

**TO: THE UNITED STATES COURT:**

Defendant, Smyrna Ready Mix Concrete, LLC, would respectfully show the Court in support of its Notice of Removal that:

1. The Summons and Complaint in this action were filed on March 27, 2026, in the Court of Common Pleas for Horry County, South Carolina. Attached for the Court are copies of Plaintiff's Summons and Complaint. The Complaint is the first pleading served upon the Defendant in this action and service was affected on March 30, 2026. Therefore, removal is timely under 28 U.S.C. §1446(b).

2. The United States District Court has jurisdiction over this action pursuant to 28 U.S.C. §1332. The Plaintiff is a resident and citizen of the State of South Carolina; Defendant Smyrna Ready Mix Concrete, LLC, a limited liability company, headquartered in the State of Tennessee and has its principal place of business in the State of Tennessee. Defendant Smyrna Ready Mix, LLC does not have members who are residents or citizens of the State of South

Carolina. The action has been brought by the Plaintiff against the Defendant for the alleged accident which occurred in Horry County, South Carolina.

3. Venue is proper in this matter in the Florence Division of this Court in accordance with 28 U.S.C. §1441(a).

4. Plaintiff alleges sustaining serious injuries, including but not limited to a traumatic brain injury with subarachnoid hemorrhage/subdural hematoma, head injury with brain bleed, post-concussive syndrome, bleeding behind eyes, neck, mid-back, lower back, left wrist/arm injuries, abdomen, pelvis, and psychological trauma. Plaintiff also alleges that his preexisting conditions have been aggravated by the incident. Plaintiff further alleges suffering persistent headaches occurring every two to three days, along with blurred vision, dizziness, and cognitive impairments, including decreased short-term memory and difficulty concentrating.

5. Plaintiff's counsel advised Defendant's counsel that the amount in controversy in this matter exceeds $75,000.00.

6. Defendant has filed no pleadings in this action with the Court of Common Pleas for the State of South Carolina in response to this Complaint; however, Defendant's Answer to the Plaintiff's Complaint is filed herewith contemporaneously.

7. Defendant has furnished a copy of this Notice of Removal to the Clerk of Court for Horry County.

~Signature page to follow~

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Mark S. Barrow
Mark S. Barrow, Esquire, S.C. Bar No.: 7821
Marshall C. Crane, Esquire, S.C. Bar No.: 102679
Jacob M. Kaufman, Esquire, S.C. Bar No.: 107667
1515 Lady Street
Post Office Box 12129
Columbia, South Carolina 29211
(803) 256-2233
msb@swblaw.com
mcc@swblaw.com
jmk@swblaw.com

**ATTORNEYS FOR DEFENDANT**
**SMYRNA READY MIX CONCRETE, LLC**

Columbia, South Carolina

April 6, 2026